WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Pedro Montalvo*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:20-cr-00156-RFB-DJA |
| Plaintiff, | ORDER **TO ALLOW TRAVEL** |
| vs. | |
| ADALI ARNULFO ESCALANTE-TRUJILLO, et al., | **[EXPEDITED RELIEF REQUESTED]** |
| Defendants. | |

Certification: This motion is timely filed.

Comes now the defendant, Pedro Montalvo, by and through his counsel of record, William Brown, of BROWN MISHLER, PLLC, and hereby moves this court for permission to travel to Hawthorne, California, from August 18-20, 2020 (to attend a child custody hearing); and September 3-5, 2020 (to attend a memorial service and funeral). This request is based on the Points and Authorities attached hereto.

Dated: August 13, 2020     By /s/ *William H. Brown*
                           WILLIAM H. BROWN
                           *Attorney for Pedro Montalvo*

1

## MEMORANDUM OF
## POINTS AND AUTHORITIES

Defendant Pedro Montalvo's pretrial release conditions forbid out-of-state travel, and Montalvo therefore seeks permission from the Court to travel to Hawthorne, California, from August 18-20, 2020 (to attend a child custody hearing on August 19); and from September 2-5, 2020 (to attend a memorial service for Montalvo's uncle on September 3, and his funeral on September 4). The defense has communicated with Montalvo's Pretrial Services Officer, and the government, and neither opposes this request.

Dated: August 13, 2020     By /s/ *William H. Brown*
                                                            WILLIAM H. BROWN
                                                            *Attorney for Pedro Montalvo*

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that he is an employee of BROWN MISHLER, PLLC, and is a person of such age and discretion as to be competent to serve papers, and that on August 13, 2020 he served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO ALLOW TRAVEL** by electronic service (ECF)

                                                            */s/ William Brown*
                                                            Employee of BROWN MISHLER, PLLC

2

WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Pedro Montalvo*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>ADALI ARNULFO ESCALANTE-TRUJILLO, et al.,<br><br>Defendants. | 2:20-cr-00156-RFB-DJA<br><br>**ORDER ALLOWING TRAVEL** |

Having considered defendant Pedro Montalvo's unopposed motion for travel, it is hereby ordered that the motion is granted, such that Montalvo may travel to Hawthorne, California, from August 18-20, 2020; and again from September 2-5, 2020.

Dated: August 17th, 2020

_____
DANIEL J. ALBREGTS, U.S. Magistrate Judge

1