WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Pedro Montalvo*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:20-cr-00156-RFB-DJA |
| Plaintiff, | **UNOPPOSED MOTION TO ALLOW TRAVEL** |
| vs. | |
| ADALI ARNULFO ESCALANTE-TRUJILLO, et al., | |
| Defendants. | |

Certification: This motion is timely filed.

Comes now the defendant, Pedro Montalvo, by and through his counsel of record, William Brown, of BROWN MISHLER, PLLC, and hereby moves this court for permission to travel to California on various dates for court-approved visitation with his children. This request is based on the Points and Authorities attached hereto.

Dated: September 8, 2020        By /s/ *William H. Brown*
                                WILLIAM H. BROWN
                                *Attorney for Pedro Montalvo*

1

# MEMORANDUM OF
# POINTS AND AUTHORITIES

Defendant Pedro Montalvo's pretrial release conditions forbid out-of-state travel and Montalvo therefore seeks permission from the Court to travel California for court-approved visitation with his children pursuant to a California custody order following a custody hearing on August 19, 2020. The dates of visitation (and requested dates of travel) are:

1. Sept. 18th-21st;
2. Oct. 2nd-5th;
3. Oct. 16th-19th;
4. Nov. 6th-9th;
5. Nov. 20th-23rd;
6. Dec. 4th-7th; and
7. Dec. 18th-21st.

The defense has communicated with Montalvo's Pretrial Services Officer, and the government, and neither opposes this request.

Dated: September 8, 2020      By /s/ *William H. Brown*
                                                      WILLIAM H. BROWN
                                                      *Attorney for Pedro Montalvo*

**CERTIFICATE OF ELECTRONIC SERVICE**

     The undersigned hereby certifies that he is an employee of BROWN MISHLER, PLLC, and is a person of such age and discretion as to be competent to serve papers, and that on September 8, 2020 he served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO ALLOW TRAVEL** by electronic service (ECF)

                                            */s/ William Brown*
                                            Employee of BROWN MISHLER, PLLC

WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Pedro Montalvo*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>ADALI ARNULFO ESCALANTE-TRUJILLO, et al.,<br><br>Defendants. | 2:20-cr-00156-RFB-DJA<br><br>**[PROPOSED]**<br>**ORDER ALLOWING TRAVEL** |

Having considered defendant Pedro Montalvo's unopposed motion for travel, it is hereby ordered that the motion is granted, such that Montalvo may travel to California for child visitation on the following dates:

1. Sept. 18th-21st;
2. Oct. 2nd-5th;
3. Oct.16th-19th;
4. Nov. 6th-9th;
5. Nov. 20th-23rd;
6. Dec. 4th-7th; and

1

7. Dec. 18th-21st.

Dated: September 9th, 2020.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

2