WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Pedro Montalvo*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, <br><br> Plaintiff, <br><br> vs. <br><br> ADALI ARNULFO ESCALANTE-TRUJILLO, et al., <br><br> Defendants. | 2:20-cr-00156-RFB-DJA <br><br> **UNOPPOSED MOTION TO ALLOW TRAVEL** |

Certification: This motion is timely filed.

Comes now the defendant, Pedro Montalvo, by and through his counsel of record, William Brown, of BROWN MISHLER, PLLC, and hereby moves this court for permission to travel to California on November 2, 2020, for a medical appointment. This request is based on the Points and Authorities attached hereto.

Dated: October 7, 2020     By /s/ *William H. Brown*
                            WILLIAM H. BROWN
                            *Attorney for Pedro Montalvo*

1

## MEMORANDUM OF
## POINTS AND AUTHORITIES

Defendant Pedro Montalvo's pretrial release conditions forbid out-of-state travel and Montalvo therefore seeks permission from the Court to travel to California for a recently scheduled medical appointment on November 2, 2020.

The defense has communicated with Montalvo's Pretrial Services Officer, and the government, and neither opposes this request.

Dated: October 7, 2020     By /s/ *William H. Brown*
                           WILLIAM H. BROWN
                           *Attorney for Pedro Montalvo*

### CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that he is an employee of BROWN MISHLER, PLLC, and is a person of such age and discretion as to be competent to serve papers, and that on October 7, 2020 he served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO ALLOW TRAVEL** by electronic service (ECF)

*/s/ William Brown*
Employee of BROWN MISHLER, PLLC

WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Pedro Montalvo*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:20-cr-00156-RFB-DJA |
| Plaintiff, | **[PROPOSED]** |
| vs. | **ORDER ALLOWING TRAVEL** |
| ADALI ARNULFO ESCALANTE-TRUJILLO, et al., | |
| Defendants. | |

Having considered defendant Pedro Montalvo's unopposed motion for travel, it is hereby ordered that the motion is granted, such that Montalvo may travel to California for a medical appointment on November 2, 2020.

Dated: October 8, 2020

_____
RICHARD F. BOULWARE, II
United States District Judge

1