WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Pedro Montalvo*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:20-cr-00156-RFB-DJA |
| Plaintiff, | **UNOPPOSED MOTION TO ALLOW TRAVEL** |
| vs. | |
| ADALI ARNULFO ESCALANTE-TRUJILLO, et al., | |
| Defendants. | |

Certification: This motion is timely filed.

Comes now the defendant, Pedro Montalvo, by and through his counsel of record, William Brown, of BROWN MISHLER, PLLC, and hereby moves this court for permission to travel to California on for medical treatment from December 14-21, and 27-28, 2020, for a medical treatment, and various dates for child visitation. This request is based on the Points and Authorities attached hereto.

Dated: December 8, 2020                By /s/ *William H. Brown*
                                                            WILLIAM H. BROWN
                                                            *Attorney for Pedro Montalvo*

1

# MEMORANDUM OF
# POINTS AND AUTHORITIES

Defendant Pedro Montalvo's pretrial release conditions forbid out-of-state travel and Montalvo therefore seeks permission from the Court to travel to California for medical treatment on December 14-21, and December 27-28, 2020, and to California for court approved child visitation on the following dates:

1. December 18-21, 2020;
2. January 1-4, 2021;
3. January 15-8, 2021;
4. February 5-8, 2021;
5. February 19-22, 2021;
6. March 5-8, 2021;
7. March 19-22, 2021;
8. April 2-5; 2021;
9. April 16-19, 2021; and
10. April 30 - May 2, 2021.

The defense has communicated with Montalvo's Pretrial Services Officer, and the government, and neither opposes this request.

Dated: December 8, 2020         By /s/ *William H. Brown*
                                WILLIAM H. BROWN
                                *Attorney for Pedro Montalvo*

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of BROWN MISHLER, PLLC, and is a person of such age and discretion as to be competent to serve papers, and that on December 8, 2020 he served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO ALLOW TRAVEL** by electronic service (ECF)

*/s/ William Brown*
Employee of BROWN MISHLER, PLLC

WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Pedro Montalvo*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:20-cr-00156-RFB-DJA |
| Plaintiff, | **[PROPOSED]** |
| vs. | **ORDER ALLOWING TRAVEL** |
| ADALI ARNULFO ESCALANTE-TRUJILLO, et al., | |
| Defendants. | |

Having considered defendant Pedro Montalvo's unopposed motion for travel, it is hereby ordered that the motion is granted, such that Montalvo may travel California for medical treatment on December 14-21, and December 27-28, 2020, and to California for court approved child visitation on the following dates:

    1. December 18-21, 2020;

    2. January 1-4, 2021;

    3. January 15-8, 2021;

    4. February 5-8, 2021;

1

5. February 19-22, 2021;

6. March 5-8, 2021;

7. March 19-22, 2021;

8. April 2-5; 2021;

9. April 16-19, 2021; and

10.   April 30 - May 2, 2021.

Dated: December 19, 2020, *nunc pro tunc* Dated December 13, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

2