WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Pedro Montalvo*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:20-cr-00156-RFB-DJA |
| Plaintiff, | **UNOPPOSED MOTION TO ALLOW TRAVEL** |
| vs. | |
| ADALI ARNULFO ESCALANTE-TRUJILLO, et al., | |
| Defendants. | |

Certification: This motion is timely filed.

Comes now the defendant, Pedro Montalvo, by and through his counsel of record, William Brown, of BROWN MISHLER, PLLC, and hereby moves this Court for permission to remain in California after pre-approved travel to attend a family funeral. This request is based on the Points and Authorities attached hereto.

Dated: March 29, 2021     By /s/ *William H. Brown*
WILLIAM H. BROWN
*Attorney for Pedro Montalvo*

1

# MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Pedro Montalvo's pretrial release conditions allow him to travel to California on certain dates, including as relevant here April 2-5, 2021. To attend his grandmother's funeral while avoiding additional unnecessary travel costs, Mr. Motalvo asks that he be allowed to extend his pre-approved travel and to remain in California until April 9, 2021.

The defense has communicated with Montalvo's Pretrial Services Officer, and the government, and neither opposes this request.

Dated: March 29, 2021          By /s/ *William H. Brown*
                                                    WILLIAM H. BROWN
                                                    *Attorney for Pedro Montalvo*

# CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that he is an employee of BROWN MISHLER, PLLC, and is a person of such age and discretion as to be competent to serve papers, and that on March 29, 2021 he served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO ALLOW TRAVEL** by electronic service (ECF)

                                                    */s/ William Brown*
                                                    Employee of BROWN MISHLER, PLLC

WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Pedro Montalvo*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:20-cr-00156-RFB-DJA |
| Plaintiff, | **[PROPOSED]** |
| vs. | **ORDER ALLOWING TRAVEL** |
| ADALI ARNULFO ESCALANTE-TRUJILLO, et al., | |
| Defendants. | |

Having considered defendant Pedro Montalvo's unopposed motion for travel, it is hereby ordered that the motion is granted, such that Montalvo may travel California April 2, and may remain there until April 9, 2021.

Dated: March 31, 2021

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3