WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Pedro Montalvo*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>ADALI ARNULFO ESCALANTE-TRUJILLO, et al.,<br><br>Defendants. | 2:20-cr-00156-RFB-DJA<br><br>**UNOPPOSED MOTION TO ALLOW PRETRIAL-APPROVED TRAVEL** |

Certification: This motion is timely filed.

Comes now the defendant, Pedro Montalvo, by and through his counsel of record, William Brown, of BROWN MISHLER, PLLC, and hereby moves this Court for an order allowing pretrial-approved travel outside Nevada. This request is based on the Points and Authorities attached hereto.

Dated: June 29, 2021    By /s/ *William H. Brown*
                        WILLIAM H. BROWN
                        *Attorney for Pedro Montalvo*

1

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Pedro Montalvo's pretrial release conditions do not allow him to travel outside Nevada, but he regularly travels to California for court approved child visitation. To save time and avoid piecemeal travel requests going forward, Mr. Montavlo asks that the Court modify his pretrial release conditions such that Mr. Montalvo be allowed to travel outside Nevada with the prior approval of pretrial services.

The defense has communicated with Mr. Montalvo's Pretrial Services Officer, and the government, and neither opposes this request.

Dated: June 29, 2021                By /s/ *William H. Brown*
                                    WILLIAM H. BROWN
                                    *Attorney for Pedro Montalvo*

### CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that he is an employee of BROWN MISHLER, PLLC, and is a person of such age and discretion as to be competent to serve papers, and that on June 29, 2021 he served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO ALLOW TO ALLOW PRETRIAL-APPROVED TRAVEL** by electronic service (ECF)

                                    */s/ William Brown*
                                    Employee of BROWN MISHLER, PLLC

1  WILLIAM H. BROWN, ESQ. (7623)
   BROWN MISHLER, PLLC
2  911 N. Buffalo Dr., Ste. 202
3  Las Vegas, Nevada 89128
   Tel: (702) 816-2200
4  Email: WBrown@BrownMishler.com
5  *Attorney for Defendant*
   *Pedro Montalvo*
6

7              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
8

9  UNITED STATES OF AMERCIA,         2:20-cr-00156-RFB-DJA

10                Plaintiff,
                                     **[PROPOSED]**
11 vs.                               **ORDER ALLOWING PRETRIAL-
                                     APPROVED TRAVEL**
12 ADALI ARNULFO ESCALANTE-
13 TRUJILLO, et al.,

14                Defendants.
15

16

17    Having considered defendant Pedro Montalvo's unopposed motion to
18
   allow pretrial-approved travel, it is hereby ordered that the motion is
19
20 granted, and Mr. Montalvo's pretrial release conditions are hereby modified
21
   such that Mr. Montalvo may travel outside Nevada with the prior approval of
22
23 his Pretrial Officer.

24    Dated: June 30, 2021            _____
25                                    RICHARD F. BOULWARE, II
                                      UNITED STATES DISTRICT JUDGE
26
27
28

                                1