WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Pedro Montalvo*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>ADALI ARNULFO ESCALANTE-TRUJILLO, et al.,<br><br>Defendants. | 2:20-cr-00156-RFB-DJA<br><br>**Stipulation to Continue Sentencing and PSR-Objection Deadline (Second Request)** |

It is hereby stipulated and agreed, by and between JASON M. FRIERSON, United States Attorney, through JACOB H. OPERSKALSKI, Assistant United States Attorney, and WILLIAM BROWN, counsel for defendant Pedro Montalvo, that:

(1) Pedro Montalvo's sentencing date in the above-captioned matter, currently scheduled for August 21, 2023, at 2:45 p.m., be vacated and continued at least forty-five days (45) days, to October 5, 2023, or to a time convenient to the Court; and

(2) the LCR 32-1(b) deadline to submit informal objections to the presentence investigation report (PSR), which is currently August 14, 2023, shall be continued at least 14 (14) days, up to and including August 28, 2023.

1

This Stipulation is entered into for the following reasons:

1. This is the second requested continuance for sentencing.

2. The defense requires further time to thoroughly review the PSR, confer with Mr. Montalvo and, where appropriate, set forth appropriate objections, and also to investigate and potentially resolve an outstanding matter currently pending in California state court (the defense having resolved a separate similar matter since receiving the PSR).

3. Additionally, the defense requires more time complete its sentencing investigation and research and prepare a meaningful sentencing memorandum.

4. The government does not object to the requested continuance of the sentencing date or the informal PSR-objection deadline.

5. The defendant is out of custody and does not object to the requested continuance of the sentencing date or the PSR-objection deadline.

Date: August 3, 2023

| Counsel for PEDRO MONTALVO | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| /s/ *William Brown*<br>WILLIAM H. BROWN<br>BROWN MISHLER, PLLC | /s/ *Jacob Operskalski*<br>JACOB H. OPERSKALSKI<br>Assistant United States Attorney |

WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Pedro Montalvo*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, <br><br> Plaintiff, <br><br> vs. <br><br> ADALI ARNULFO ESCALANTE-TRUJILLO, et al., <br><br> Defendants. | 2:20-cr-00156-RFB-DJA <br><br> **Order Continuing Sentencing Hearing and PSR-Objection Deadline** |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby: (1) vacates the current sentencing date of August 21, 2023, at 2:45 p.m., and continues it to  October 16, 2023 at 9:30 a.m. ; and (2) extends the LCR 32-1(b) deadline to submit informal objections to the presentence investigation report (PSR), to   August 28, 2023   .

DATED this  4th  day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE

3